James **ALLEN**, Petitioner-Appellant,

v.

**STATE OF ALABAMA,**
Respondent-Appellee.

No. 82–7290.

United States Court of Appeals,
Eleventh Circuit.

June 21, 1984.

N.P. Callahan, Jr., Birmingham, Ala. (court-appointed), for petitioner-appellant.

Thomas R. Allison, Asst. Atty. Gen., Montgomery, Ala., for respondent-appellee.

Before GODBOLD, Chief Judge, and RONEY and SMITH *, Circuit Judges.

BY THE COURT:

Respondent's motion to revise our order, 732 F.2d 858, denying rehearing in this case is GRANTED. The language in the second paragraph, "[w]e held that petitioner was entitled to the out-of-time appeal and, because he is indigent, to a transcript of his trial as an incident thereto," is deleted and the following is inserted in lieu thereof:

We held that petitioner was entitled to an evidentiary hearing to determine whether he had voluntarily and knowingly waived his right to appeal.